

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00886-CR

The **STATE** of Texas,
Appellant

v.

Juan Orlando **GARCIA COMPEAN**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13930CR
Honorable Dennis Powell, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order granting Juan Orlando Garcia Compean habeas relief and dismissing his criminal case with prejudice is AFFIRMED.

SIGNED November 22, 2023.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice